# Court of Appeals
# of the State of Georgia

ATLANTA,  June 22, 2023

*The Court of Appeals hereby passes the following order:*

## A23A1580. BRIONES WOFFORD v. SHAWN EMMONDS, WARDEN.

In May 2017, Briones Wofford was convicted of malice murder, aggravated battery, aggravated assault, and other crimes. On appeal, the Supreme Court of Georgia vacated the aggravated assault conviction, finding that it should have merged with the conviction for aggravated battery. *Wofford v. State*, 305 Ga. 694, 696 (1) (b) (827 SE2d 652) (2019). The Court affirmed Wofford's convictions on all other counts of the indictment. In 2022, Wofford filed a petition for habeas corpus. Following an evidentiary hearing, the trial court denied that petition. Wofford then filed this direct appeal.

Under our Constitution, the Supreme Court of Georgia has exclusive appellate jurisdiction over all habeas corpus cases. See Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (4). Accordingly, this appeal is hereby TRANSFERRED to the Supreme Court for disposition.



Court of Appeals of the State of Georgia
        Clerk's Office, Atlanta,  06/22/2023
        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , Clerk.